**United States District Court**
For the Northern District of California

1
2
3
4
5
6             IN THE UNITED STATES DISTRICT COURT
7
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10  BRADLEY HOLUM                                NO. CV 07-05180 MHP

11          Plaintiff,                           **CLERK'S NOTICE RE: FAILURE
        v.                                       TO FILE ELECTRONICALLY
12                                               AND/OR REGISTER AS AN E-
                                                 FILER**
13  LONG TERM DISABILITY INSURANCE PLAN FOR
    THE TRANSPORT WORKERS UNION OF
14  AMERICA
            Defendant.
15                                            /

16  On **10/9/07**, counsel for **Plaintiff** filed a **Complaint** manually, on paper. This case has been
17  designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.
18
19
20  The above mentioned paper document has been filed and docketed. However, General Order 45
21  provides at Section III that cases assigned to judges who participate in the e-filing program "shall be
    presumptively designated" as e-filing cases. Therefore, counsel for **Plaintiff** should submit the
22
    **Complaint**, in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges
23
    chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and
24
    follow the procedure listed there). Do *not* e-file a document which has been previously filed on paper,
25
    as is the case with the above mentioned filing. All subsequent papers should be e-filed.
26
27
    Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to
28

become an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users must do so immediately.  Forms and instructions for registering can be found on the Court's Web site at ecf.cand.uscourts.gov.

Dated: October 29, 2007                                        <u>Gina Agustine-Rivas</u>
                                                                              Deputy Clerk

2