**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Transport Workers Union of America
Air Transport Division
80 W. End Ave.
New York, NY 10023-6301

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7003 1680 0001 3384 6905

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**Click-N-Ship®**
**U.S. POSTAGE REQUIRED**
**USPS PRIORITY MAIL®**
UNITED STATES POSTAL SERVICE

ORNTON DAVIDSON
E ERISA LAW GROUP
55 SAN JOAQUIN ST
RESNO CA 93721-1626

SHIP TO:
TRANSPORT WORKERS UNION OF AMERICA
AIR TRANSPORT DIVISON
80 W END AVE
NEW YORK NY 10023-6301

ZIP - e/ USPS DELIVERY CONFIRMATION™
420 10023 9101 0385 5574 9197 1719 24

Electronic Rate Approved #038555749

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Transport Workers Union of America
Air Transport Division
80 W. End Ave.
New York, NY 10023-6301

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   TWU LOCAL 100 MAILROOM
RECEIVE DATE 11/24
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7003 1680 0001 3384 6905

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

# PROOF OF SERVICE

STATE OF CALIFORNIA)
COUNTY OF FRESNO   )  ss.

I, Jill A. Fulkes, certify and declare as follows:

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years and not a party to the within above entitled action; my business address is 2055 San Joaquin Street, Fresno, California, which is located in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United Stated Postal Service.  Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On **November 9, 2007**, at Fresno, California, I served the within **CIVIL COVER SHEET; SUMMONS; COMPLAINT FOR DECLARATORY RELIEF; PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; CASE MANAGEMENT CONFERENCE ORDER; WELCOME TO THE U.S. DISTRICT COURT PACKET; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE; STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS; ECF REGISTRATION INFORMATION HANDOUT** as follows:

[ ]   by personal delivery of a true copy thereof

[X]   by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States at Fresno, California

[ ]   by telefax of a true copy thereof

addressed as follows:

Long Term Disability Insurance Plan for the
Transport Workers Union Workers Union of America,
AFL-CIO Employees of American Airlines
c/o: Transport Union of America
80 W. End Ave.
New York, NY 10023-6301

_ (State)   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

X_ (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **November 9, 2007**, at Fresno, California.

_____
Jill A. Fulkes