UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Bradley Holum

                Plaintiff(s),

v.

Long Term Disability Insurance Plan for
the Transport Workers Union
                Defendant(s).
_____/

Case No. CV-05180 MHP

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 1-7-08

Dated: 1-7-08

Christopher J. Coxon /s/
[Party]    Attorney for Plaintiff
BRADLEY HOLUM

Sean P. Nalty /s/
[Counsel]  Attorneys for Defendant
LONG TERM DISABILITY INSURANCE
PLAN FOR THE TRANSPORT WORKERS
UNION OF AMERICA, AFL-CIO EMPLOYEES
OF AMERICAN AIRLINES