1  ADRIENNE C. PUBLICOVER (SBN 161432)
   SEAN P. NALTY (SBN 121253)
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105
4  Telephone:   (415) 433-0990
   Facsimile:   (415) 434-1370
5
   Attorneys for Defendant
6  LONG TERM DISABILITY INSURANCE
   PLAN FOR THE TRANSPORT WORKERS
7  UNION OF AMERICA, AFL-CIO,
   EMPLOYEES OF AMERICAN AIRLINES
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12 | BRADLEY HOLUM,                          ) Case No.:   CV07-05180 MHP
                                             )
13 |        Plaintiff,                       ) **DEFENDANT'S CERTIFICATE OF**
                                             ) **INTERESTED PARTIES**
14 |   v.                                    )
                                             )
15 | LONG TERM DISABILITY INSURANCE PLAN)
     FOR THE TRANSPORT WORKERS UNION OF )
16 | AMERICA, AFL-CIO, EMPLOYEES OF       ) Honorable Marilyn H. Patel
     AMERICAN AIRLINES,                    )
17 |                                         )
            Defendants.                      ) Complaint Filed:   October 9, 2007
18 | _____)

19

20      The undersigned counsel of record for defendant Long Term Disability Insurance Plan for

21 the Transport Workers Union of America, AFL-CIO Employees of American Airlines ("the Plan")

22 certifies that the entities described below have a direct, pecuniary interest in the outcome of this

23 matter: Life Insurance Company of North America, the insurer who provided group disability

24 insurance to the Plan. Connecticut General Corporation is a parent company of Life Insurance

25

26

27

28

1 | Company of North America. Connecticut General Corporation is a wholly owned subsidiary of
2 | CIGNA Holding Inc. CIGNA Holding Inc. is a wholly owned subsidiary of CIGNA Corporation.

Dated: January 7, 2008    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
SEAN P. NALTY
Attorneys for Defendant
LONG TERM DISABILITY INSURANCE PLAN FOR THE
TRANSPORT WORKERS UNION OF AMERICA; AFL-CIO
EMPLOYEES OF AMERICAN AIRLINES