UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Bradley Holum

                Plaintiff(s),

         v.

Long Term Disability Plan for the Transport Workers Union

               Defendant(s).
_____/

CASE NO. CV-07 05180 MHP

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✓  Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓  Private ADR *(please identify process and provider)* Private Mediation.
The parties plan to use the Hon. Edward A. Infante (Ret.)

The parties agree to hold the ADR session by:
✓  the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    other requested deadline _____

Dated: 1-7-08

Thornton Davidson, Esq /s/
Attorney for Plaintiff BRADLEY HOLUM

Dated: 1-7-08

Sean P. Nalty, Esq. /s/
Attorney for Defendant
LONG TERM DISABILITY INSURANCE
PLAN FOR THE TRANSPORT WORKERS
UNION OF AMERICA, AFL-CIO EMPLOYEES
OF AMERICAN AIRLINES

**[PROPOSED] ORDER**

 Pursuant to the Stipulation above, the captioned matter is hereby referred to:
  Non-binding Arbitration
  Early Neutral Evaluation (ENE)
  Mediation
  X Private ADR - Mediation

 Deadline for ADR session
  X 90 days from the date of this order.
  other

IT IS SO ORDERED.

Dated: January 10, 2008



UNITED STATES DISTRICT JUDGE
IT IS SO ORDERED
Judge Marilyn H. Patel