

**ERISA LAW GROUP LLP**
2055 San Joaquin Street
Fresno, CA 93721
www.theerisalawgroup.com
law@theerisalawgroup.com

Office:     (559) 256-9800
Facsimile: (559) 256-9795

January 28, 2008

Thornton Davidson, Esq.
Robert J. Rosati, Esq.
Jill Fulkes - Administrator

Honorable Marilyn H. Patel
Courtroom 15, 18th Floor
USDC Northern District of California
San Francisco Division
450 Golden Gate Blvd.
San Francisco, CA 94102

      Re:    *Holum v. Long Term Disability Insurance Plan for the Transport Workers Union of America, AFL-CIO Employees of American Airlines*
              USDC, Northern District of California Case No.: CV-07-05180 MHP

Dear Judge Patel:

    The above referenced matter is calendared for a CMC today at 4:00 p.m. Due to illness, Plaintiff's counsel, Thornton Davidson, will be unable to attend the CMC in person. Mr. David Lillienstein has agreed to make a special appearance on behalf of Plaintiff for today's CMC, only. Mr. Lillienstein has been fully apprised of the facts of this case and is prepared to address any issues that may arise.

    Please feel free to call me if you have any questions.

                          Very truly yours,

                          *S/Thornton Davidson*

                          Thornton Davidson

TD/jaf