**CIVIL MINUTES**

**Judge MARILYN HALL PATEL**

Date: **January 28, 2008**

**C - 07     - 5180   - MHP**

| Bradley Holum | v | Long Term Disability Plan for Transport Workers Union of America, et al |

Attorneys:   David Lillienstein             Sean Nalty
             (Specially for Thornton Davidson)

Deputy Clerk: **TRACY LUCERO**        Reporter: **JAMES YEOMANS**

**PROCEEDINGS:**                                **RULING:**

1. _____

2. _____

3. _____

4. _____

   ( ) Status Conference    ( ) P/T Conference    (X) Case Management Conference

**ORDERED AFTER HEARING:**

Deadline to file x-motions for summary judgment is 8/29/08; Oppositions due by 9/15/08. No replies.

Private Mediation to be completed by April/May 2008.

( ) ORDER TO BE PREPARED BY:   Plntf_____   Deft_____   Court_____

( ) Referred to Magistrate For:_____
         ( )By Court
(X) CASE CONTINUED TO 9/29/08 at 2:00 p.m.     for Hearing on X-Motions for Summary Judgment

Discovery Cut-Off_____Expert Discovery Cut-Off_____

Plntf to Name Experts by _____Deft to Name Experts by_____

P/T Conference Date_____ Trial Date_____ Set for _____ days
                       Type of Trial:  ( )Jury   ( )Court
Notes: _____