**THORNTON DAVIDSON, 166487**
The ERISA Law Group
2055 San Joaquin Street
Fresno, CA  93721
Telephone:  559-256-9800
Facsimile:  559-256-9795
E-mail:  thorntondavidson@aol.com

Attorney for Plaintiff, BRADLEY HOLUM

**ADRIENNE C. PUBLICOVER, 161432**
**SEAN P. NALTY, 121253**
WILSON, ELSER, MOSKOWITZ
          EDELMAN & DICKER, LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:  415-433-0990
Facsimile:  415-434-1370
E-mail: Adrienne.Publicover@WilsonElser.com
          Sean.Nalty@WilsonElser.com

Attorneys for Defendant, LONG TERM DISABILITY
INSURANCE   PLAN FOR THE TRANSPORT WORKERS
UNION OF AMERICA, AFL-CIO, EMPLOYEES OF
AMERICAN AIRLINES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY HOLUM,<br><br>                    Plaintiff,<br><br>          vs.<br><br>LONG TERM DISABILITY INSURANCE<br>PLAN FOR THE TRANSPORT WORKERS<br>UNION OF AMERICA, AFL-CIO,<br>EMPLOYEES OF AMERICAN AIRLINES,<br><br>                    Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: No. CV 07-01580 MHP<br><br>JOINT STIPULATION FOR DISMISSAL<br>AND [PROPOSED] ORDER |

         Plaintiff, Bradley Holum, and defendant, Long Term Disability Insurance Plan for

the Transport Workers Union of America, AFL-CIO, Employees of American Airlines, by and

through their attorneys of record, have reached a resolution of this matter.  The parties agree to

JOINT STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER
CASE No.:  04-5180 MHP
1

dismiss it in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a).  Each party shall bear its own fees and costs.

The parties seek the Court's approval of dismissal of this action with prejudice, through the order listed *infra*.

Dated: September 22, 2008

   /s/ Thornton Davidson
THORNTON DAVIDSON
Attorney for Plaintiff,
BRADLEY HOLUM

Dated:  September 22, 2008

   /s/ Sean P. Nalty
SEAN P. NALTY
Attorney for Defendant,
LONG TERM DISABILITY
INSURANCE   PLAN FOR THE
TRANSPORT WORKERS UNION
OF AMERICA, AFL-CIO,
EMPLOYEES OF AMERICAN
AIRLINES

**IT IS SO ORDERED.**

**DATED:**  _9/23/2008_____

**HONORA_____ATEL**

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOINT STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER
CASE No.:  04-5180 MHP